Prudential Insurance Company of America, appellee, v. Bessie Richman et al., defendants. Appeal of Bessie Richman et al., appellants. Gen. No. 39,255.

Opinion filed November 10, 1937.

Sims & Stransky, for appellants; Franklin J. Stransky and Paul M. Mitchell, of counsel. Hoyne, O'Connor & Rubinkam and George Gillette, for appellee; Nathaniel Rubinkam, Norbert B. Tyrrell and William C. MacLean, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Katherine Hoeffling, appellant, v. Stephen Reynolds, appellee. Gen. No. 39,389.

Opinion filed November 10, 1937.

Erwin W. Roemer, for appellant; Charles S. Deneen and Charles T. Shanner, of counsel. Delmar J. Hill and Hinshaw & Culbertson, for appellee; Oswell G. Treadway, of counsel.

Mr. Justice Hall delivered the opinion of the court.

John J. Johnson, appellant, v. William S. Hefferan et al., appellees. Gen. No. 39,469.

Opinion filed November 10, 1937.

Joseph E. Snowden and Heber T. Dotson, for appellant. William Annan Taylor, George Gillette and Elmer M. Leesman, for appellees.

Mr. Justice Hall delivered the opinion of the court.